# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JORGE OXLAJ CAHUEC** <br><br> *Plaintiff,* <br><br> v. <br><br> **ALEJANDRO MAYORKAS,** <br> Secretary, U.S. Department of Homeland Security (DHS), <br> **UR MENDOZA JADDOU,** <br> Director, U.S. Citizenship and Immigration Services (USCIS), <br> **SUSAN RAUFER,** <br> Director, USCIS Newark Asylum Office <br><br> *Defendants.* | Case Number: 24-0089 <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) WITHOUT PREJUDICE** |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby respectfully submits this notice of voluntary dismissal without prejudice of the above referenced matter.

Dated: October 4, 2024

/s/ Susan G. Roy
Susan G. Roy, Esq.
Law Office Of Susan G. Roy, LLC
163 Cranbury Road
Suite 101
Princeton Junction, NJ 08550
Email: Sue@sgrlawoffice.com
*Counsel for the Plaintiff*

SO ORDERED.

/s/ Susan D. Wigenton

Hon. Susan D. Wigenton
United States District Judge
Dated: October 16, 2024